Pasquale Favole, Appellant, *v.* Domenico Gallo et al., Respondents.

Argued October 8, 1942; decided November 25, 1942.

*Frank A. Bellucci* for appellant.

*George D. Aranow* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: Lehman, Ch. J., Loughran, Finch, Rippey, Lewis, Conway and Desmond, JJ.